ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| CeleraPro LLC | ) ASBCA No. 63352 |
| | ) |
| Under Contract No. 80MSFC-21-D-A004 | ) |

APPEARANCE FOR THE APPELLANT:     Lewis P. Rhodes, Esq.
                                      McMahon, Welch and Learned, PLLC
                                      Reston, VA

APPEARANCE FOR THE GOVERNMENT:     Scott W. Barber, Esq.
                                      NASA Chief Trial Attorney
                                      NASA Headquarters
                                      Washington, DC

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  November 8, 2022

JOHN J. THRASHER

Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63352, Appeal of CeleraPro LLC, rendered in conformance with the Board's Charter.

Dated:  November 8, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals